**Lucy Gillien MILES, Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Defendant-Appellee.**

No. 71–1142.

United States Court of Appeals,
Sixth Circuit.

Oct. 6, 1971.

Roy A. Miles, Jr., Nashville, Tenn., for appellant on brief.

Virginia M. Hopkinson, Atty., Tax Division, Department of Justice, Washington, D. C., Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Grant W. Wiprud, Attys., Tax Division, Dept. of Justice, Washington, D. C., on brief; Charles H. Anderson, U. S. Atty., Nashville, Tenn., of counsel, for appellee.

Before PECK, McCREE, and BROOKS, Circuit Judges.

### ORDER.

Upon consideration, the appeal is affirmed for the reasons set forth in the order of the District Court, 322 F.Supp. 979.

**Lewis CLARK, Representative of Freda Clark, Deceased, Appellant,**

v.

**Catherine PAYNE.**

No. 19414.

United States Court of Appeals,
Third Circuit.

Submitted Feb. 7, 1972.

Decided March 10, 1972.

Lewis Clark, for appellant.

Catherine Payne, pro se.

Before KALODNER, HASTIE and MAX ROSENN, Circuit Judges.

### OPINION OF THE COURT

PER CURIAM:

The complaint in this case is an attempt to litigate again a controversy that long since has been finally adjudicated in accordance with law. Clark v. Payne, 3d Cir. 1968, 390 F.2d 647; Payne v. Clark, 1963, 409 Pa. 557, 187 A.2d 769. The district court properly dismissed the complaint.

The judgment will be affirmed.